ELMER E. KROLL, Respondent, v. PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK, Appellant.— Motion granted to relieve defendant from

default in complying with order of June 30, 1931. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.